UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PHILLIP JOASPH KNIGHT**  **CIVIL ACTION**

**VERSUS**  **NO. 06-4544**

**HARRY LEE, SHERIFF, ET AL.**  **SECTION: "C"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Louisiana Department of Public Safety and Corrections are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against the Jena Correctional Center and the Gretna Police Department are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of November, 2006.

_____
**UNITED STATES DISTRICT JUDGE**